Christine M. Durham (938)  
J. Frederic Voros, Jr. (3340)  
Dick J. Baldwin (14587)  
ZIMMERMAN BOOHER  
Felt Building, Fourth Floor  
341 South Main Street  
Salt Lake City, Utah 84111  
(801) 942-0200  
cdurham@zbappeals.com  
fvoros@zbappeals.com  
dbaldwin@zbappeals.com  

James W. McConkie (2156)  
Bradley H. Parker (2519)  
W. Alexander Evans (12085)  
PARKER & MCCONKIE  
5664 South Green Street  
Salt Lake City, Utah 84123  
(801) 264-1950  
jwmcconkie@utahlawhelp.com  
bparker@utahlawhelp.com  
alex@sjatty.com  

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| JILL McCLUSKEY and MATTHEW McCLUSKEY, individually and for and on behalf of LAUREN McCLUSKEY, deceased,<br><br>  Plaintiffs,<br><br>v.<br><br>STATE OF UTAH (including the University of Utah, University Department of Housing and Residential Education and University Department of Public Safety), DALE BROPHY, KORY NEWBOLD, KAYLA DALLOF, MIGUEL DERAS, TODD JUSTENSEN, HEATHER McCARTHY, EMILY THOMPSON and JANE/JOHN DOES 1-10.<br><br>  Defendants. | **MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:19-cv-00449-HCN-PMW<br><br>District Judge: Howard C. Nielson, Jr.<br><br>Magistrate Judge: Jared C. Bennett |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jill McCluskey and

Matthew McCluskey and Defendants the State of Utah, Kayla Dallof, Todd Justesen, Heather

McCarthy, and Emily Thompson hereby stipulate to the dismissal, with prejudice, of the claims asserted against the aforementioned defendants, as the parties have settled the dispute, with each party to pay its own attorney fees and costs.

The McCluskeys requested stipulations from counsel for Dale Brophy, Kory Newbold, and Miguel Deras to dismiss the McCluskeys' claims against Brophy, Newbold, and Deras on three occasions (March 22nd, March 24th, and March 30th). Jeremy Jones—counsel for Brophy, Newbold, and Deras—finally responded to the third request, today. Mr. Jones indicated that the attorney overseeing this matter cannot be reached at this time, and Mr. Jones does not have the clients' authorization to stipulate to this dismissal.

Although Brophy, Newbold, and Deras have not stipulated to the dismissal of the McCluskeys claims against them, the court may dismiss the claims under rule 41(a)(2). The McCluskeys request that the court order those claims dismissed because the parties' settlement agreement was intended to resolve all claims in this matter and none of the defendants have asserted any counterclaims that would warrant continuing this litigation.

This motion is being filed before obtaining stipulations from Brophy, Newbold, and Deras because the parties' settlement agreement provided that the McCluskeys would dismiss their claims no later than 15 days after payment of the settlement amount. That deadline is today.

DATED this 30th day of March, 2021.

                                            ZIMMERMAN BOOHER

                                            /s/ Dick J. Baldwin
                                            Christine M. Durham
                                            Frederic J. Voros
                                            Dick J. Baldwin

                        PARKER & MCCONKIE

                        /s/ James W. McConkie
                        James W. McConkie
                        Bradley H. Parker
                        W. Alexander Evans

STIPULATED:

/s/ Joni J. Jones
Joni J. Jones
Kyle J. Kaiser
Darin B. Goff
Rachel George Terry
Office of the Utah Attorney General
*Attorneys for Defendants University of Utah, Todd Justesen, Heather McCarthy, and Emily Thompson*
(Signed by Dick Baldwin with email permission of Joni J. Jones)

/s/ Alain C. Balmanno
Alain C. Balmanno
Christine Hashimoto
Office of the Utah Attorney General
*Attorneys for Defendant Kayla Dallof*
(Signed by Dick Baldwin with email permission of Alain C. Balmanno)

3

## Certificate of Service

This is to certify that on the 30th day of March, 2021, I caused the foregoing to be served on the following via CM/ECF:

    Joni J. Jones (jonijones@agutah.gov)
    Kyle J. Kaiser (kkaiser@agutah.gov)
    Darin B. Goff (dgoff@agutah.gov)
    Rachel George Terry (rachelterry@agutah.gov)
    Office of the Utah Attorney General
    P.O. Box 140856
    Salt Lake City, Utah 84114-0856
    *Attorneys for Defendants University of Utah, Todd Justesen, Heather McCarthy, and Emily Thompson*

    Alain C. Balmanno (abalmanno@agutah.gov)
    Christine Hashimoto (chashimoto@agutah.gov)
    Office of the Utah Attorney General
    P.O. Box 140856
    Salt Lake City, Utah 84114-0856
    *Attorneys for Defendant Kayla Dallof*

    Nathaniel N. Nelson (nate@nelsonjoneslegal.com)
    Jeremy G. Jones (jeremy@nelsonjoneslegal.com)
    Joshua S. Ostler (josh@nelsonjoneslegal.com)
    Richard R. Willie (rich@nelsonjoneslegal.com)
    Nelson Jones PLLC
    8941 S. 700 E., Suite 203
    Sandy, Utah 84070
    *Attorneys for Defendants Dale Brophy, Kory Newbold, and Miguel Deras*

    /s/ Dick J. Baldwin